# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff*, v. CHARLES EDWARD LITTLEJOHN, *Defendant*, | Case No. 1:23-cr-343 (ACR) |

**ORDER AUTHORIZING THE USE OF ALTERNATIVE VICTIM NOTIFICATION PROCEDURES PURSUANT TO 18 U.S.C. § 3771(d)(2)**

This cause having come before the Court on the United States of America's unopposed Motion to Provide Alternative Victim Notification Pursuant to 18 U.S.C. § 3771(d)(2), Dkt. 4, it is hereby **ORDERED** and **ADJUDGED** as follows.

The Government's unopposed motion is **GRANTED**. The Court finds that (1) the number of potential victims in this case makes it impracticable to provide all of the victims the rights provided under 18 U.S.C. § 3771(a); (2) the "[m]ultiple crime victims" provision of the Crime Victims' Rights Act applies to this case, *id.* § 3771(d)(2); and (3) the means of notifying potential victims set forth in the motion constitute a "reasonable procedure" to give effect to and ensure compliance with the notice provisions of the Act, *id.*

It is therefore **ORDERED**, pursuant to 18 U.S.C. § 3771(d)(2), that the United States is authorized to comply with 18 U.S.C. § 3771(a) by posting information relevant to potential victims in this case on the public website of the U.S. Department of Justice.

Date:  October 10, 2023

                                                      ANA C. REYES  
                                                      United States District Judge