AO 455 (Rev. 01/09) Waiver of an Indictment



Clerk, U.S. District & Bankruptcy Court for the District of Columbia

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 1:23-cr-343 |
| Charles Edward Littlejohn | ) | |
| | ) | |
| Defendant | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: September 20, 2023

_Charles Littlejohn_
Defendant's signature

_Lisa M_____
Signature of defendant's attorney

Lisa Manning
Printed name of defendant's attorney

_C.___
Judge's signature

ANA C REYES    USDC Judge
Judge's printed name and title