UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal Number:   1:23-cr-343 |
| vs. ) | |
| ) | |
| CHARLES EDWARD LITTLEJOHN, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**UNITED STATES' UNOPPOSED MOTION FOR A PROTECTIVE ORDER
AND INCORPORATED MEMORANDUM IN SUPPORT THEREOF**

NOW INTO COURT, comes the United States of America, appearing herein through the undersigned Trial Attorney, and respectfully moves this Court for the entry of a protective order governing discovery in this case. Defense counsel has indicated that the defendant has no opposition to this motion.

1. The defendant has pleaded guilty to the disclosure of tax return information of a high-ranking government official and thousands of the wealthiest individuals in the United States to multiple news organizations in violation of 26 U.S.C. § 7213. In anticipation of sentencing, the United States will provide certain discovery to the defendant. This is a case involving tax return information for third parties, and the discovery materials include instances of individuals' personally identifiable information and tax return information. Accordingly, the government is moving for the attached order to protect third parties' personal information and tax return information.

1

2. Federal Rule of Criminal Procedure 16(d)(1) provides, in pertinent part: "At any time the court may, for good cause, deny, restrict, or defer discovery or inspection, or grant other appropriate relief." Pursuant to this provision, courts routinely issue protective orders.

3. Given the government's strong interest in protecting the personal identifying information and tax return information of any third parties who might be referenced in discovery produced in this matter, the government proposes a protective order with the following conditions:

    a. The government will provide discovery to counsel for the defendant. Any and all discovery containing third-party personal identifying information and tax return information (collectively, "Protected Material") shall not be used for any other purpose than preparing the defense in this matter.

    b. Defense counsel will make the Protected Material available for review by the defendant under such circumstances as to ensure that any personal identifying information and tax return information of the third parties contained in the Protected Material is not disseminated publicly. Defense counsel shall not leave the Protected Material in the control or custody of the defendant or of any person who is not a professional member of the defense team (e.g., attorneys, paralegals, legal assistants, and expert witnesses).

    c. Defense counsel shall not permit other persons to copy the Protected Material, and shall not disseminate copies of the Protected Material, except that counsel may make any copies necessary for counsel's work on the defense of this matter and may provide copies to counsel's staff and to third parties, such as experts, as may be necessary for counsel's work on the defense of this matter, provided that, if counsel does

so, counsel shall provide such persons with a copy of this protective order, shall advise such persons that the Protected Material is not to be further copied or disseminated, and shall have such persons return to them all copies of the Protected Material as soon as reasonably practical.

      d.     Prior to including any part of the Protected Material in any public filing, defense counsel will insure that any personal identifying information has been appropriately redacted, as required by Federal Rule of Criminal Procedure 49.1.

      e.     At the conclusion of litigation in this case, defense counsel shall collect and return all Protected Material, and copies thereof, to the government, and delete any digital copies thereof.

      f.     This order may be revised by the Court at any time.

4.     WHEREFORE, the United States respectfully moves this Court to enter the proposed protective order governing discovery in this case.

DATED this 4th day of December, 2023.

                                                     Respectfully submitted,

                                                     COREY R. AMUNDSON
                                                     Chief, Public Integrity Section

                                                     /s/ Lauren Castaldi
                                                     Lauren Castaldi
                                                     Massachusetts Bar No. 669957
                                                     Jonathan E. Jacobson
                                                     Illinois Bar No. 6317721
                                                     Trial Attorneys
                                                     1301 New York Ave. NW
                                                     Washington, D.C. 20530
                                                     202-305-4495
                                                     Lauren.Castaldi@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 4, 2023, I served a copy of the foregoing via CM/ECF to defense counsel of record.

                                             */s/ Lauren Castaldi*
                                             LAUREN CASTALDI
                                             Trial Attorney