# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | )    **Criminal Number:**    1:23-cr-343 |
| vs. | ) |
| | ) |
| **CHARLES EDWARD LITTLEJOHN,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## ORDER RE:MOTION FOR A PROTECTIVE ORDER

Considering the Government's foregoing Unopposed Motion for a Protective Order, and for good cause shown, the Court sets the following conditions on all discovery in this case:

    a.    The government will provide discovery to counsel for the defendant. Any and all discovery containing third-party personal identifying information or tax return information (collectively, "Protected Material") shall not be used for any other purpose than preparing the defense in this matter.

    b.    Defense counsel will make the Protected Material available for review by the defendant under such circumstances as to ensure that any personal identifying information and tax return information contained in the Protected Material is not disseminated publicly. Defense counsel shall not leave Protected Material in the control or custody of the defendant or of any person who is not a professional member of the defense team (e.g., attorneys, paralegals, legal assistants, and expert witnesses).

    c.    Defense counsel shall not permit other persons to copy the Protected Material, and shall not disseminate copies of the Protected Material, except that counsel may make any copies necessary for counsel's work on the defense of this matter and may provide copies to counsel's staff and to third parties, such as experts, as may be necessary for counsel's work on the defense of this matter, provided that, if counsel does so, counsel shall provide such persons with a copy of

this protective order, shall advise such persons that the Protected Material is not to be further copied or disseminated, and shall have such persons return to them all copies of the Protected Material as soon as reasonably practical.

      d.      Prior to including any part of the Protected Material in any public filing, defense counsel will insure that any personal identifying information has been appropriately redacted, as required by Federal Rule of Criminal Procedure 49.1.

      e.      At the conclusion of litigation in this case, defense counsel shall collect and return all Protected Material, and copies thereof, to the government, and delete any digital copies thereof.

      f.      This order may be revised by the Court at any time.

**IT IS HEREBY ORDERED** that all parties adhere to the guidelines established by this order.

_____                    _____
Date                                                                     ANA C. REYES
                                                                       United States District Judge