IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CHARLES EDWARD LITTLEJOHN,<br><br>Defendant. | Case No: 1:23-CR-00343-ACR<br><br>The Hon. Ana C. Reyes<br><br>Sentencing Date: January 29, 2024 |

**DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Charles Littlejohn, through undersigned counsel, respectfully submits notice to the Court of the recent (January 26, 2024) sentences in *United States v. Sonal Patel*, 1:19-cr-00081-RDM (D.D.C.) and *United States v. Charles K. Edwards et al.*, 1:20-cr-00066-RDM (D.D.C.), related cases involving the theft, for personal gain, of three sensitive government databases by employees of the Department of Homeland Security Office of Inspector General, and disclosure of those databases (including law enforcement files and the personal identifying information of over 200,000 federal employees) to third parties overseas. *See* DOJ Press Release, *Former Federal Employees Sentenced for Conspiracy to Steal Proprietary U.S. Government Software and Databases* (Jan. 26, 2024), attached hereto as Exhibit A. *See also U.S. v. Edwards* Docket, attached hereto as Exhibit B; *U.S. v. Edwards* Indictment, attached hereto as Exhibit C; and Government Sentencing Memoranda for Defendants Edwards, Patel, and Venkata, attached hereto as Exhibits D – F, respectively.[1]

---

[1] Due to the recency of the Sentencing Hearings, the Judgment and Commitment Orders have not yet been entered on the case dockets.

Mr. Littlejohn respectfully submits the *Patel* and *Edwards* cases for the Court's consideration at his sentencing of the appropriate upward departure based on volume of records under USSG §2H3.1, App. Note 5 and of the need to avoid unwarranted sentencing disparities under 18 U.S.C. § 3553(a)(6).

| | |
|---|---|
| Date: January 27, 2024 | Respectfully submitted, |
| | /s/_____ |
| | Lisa Manning |
| | Noah Cherry |
| | SCHERTLER ONORATO MEAD & SEARS, LLP |
| | 555 13th Street, N.W. |
| | Suite 500 West |
| | Washington, DC 20004 |
| | Telephone: (202) 628-4199 |
| | Facsimile: (202) 628-4177 |
| | lmanning@schertlerlaw.com |

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of January, 2024, I electronically filed a true copy of the foregoing motion with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all parties.

/s/
Lisa Manning
SCHERTLER ONORATO MEAD & SEARS, LLP
555 13th Street, N.W.
Suite 500 West
Washington, DC 20004
Telephone: (202) 628-4199
Facsimile: (202) 628-4177
lmanning@schertlerlaw.com