UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | No. 23-cr-343-ACR |
| ) | |
| CHARLES EDWARD LITTLEJOHN, ) | |
| ) | |
| Defendant ) | |
| _____) | |

**UNOPPOSED MOTION TO SETTLE AND APPROVE
STATEMENT OF UNRECORDED PROCEEDINGS**

Mr. Charles Edward Littlejohn, through counsel, respectfully submits to the Court for settlement and approval, pursuant to Federal Rule of Appellate Procedure 10(c), the attached agreed-upon statement of proceedings which were not recorded or transcribed in this case. In accordance with the rule, the statement was served on government counsel via email on October 4, 2024. The government's objections and significant amendments have been incorporated into the statement. Accordingly, Mr. Littlejohn respectfully requests that the Court settle and approve the attached agreed-upon statement and exhibit to be included by the district clerk in the record on appeal under Rule 10(c). A proposed order is also attached.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
CELIA GOETZL
Assistant Federal Public Defender
625 Indiana Ave. NW, Ste. 550
Washington, D.C. 20004
(202) 208-7500