# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| v.  ) | No. 23-cr-343 (ACR) |
| ) | |
| **CHARLES EDWARD LITTLEJOHN,** ) | |
| ) | |
| **Defendant** ) | |
| _____ ) | |

## ORDER

Upon consideration of the Unopposed Motion to Settle and Approve Statement of Unrecorded Proceedings, it is hereby ORDERED that the motion is GRANTED.  The Statement of Unrecorded Proceedings is hereby settled and approved to be included by the district clerk in the record on appeal under Federal Rule of Appellate Procedure 10.

DATE: _____

_____
ANA C. REYES
UNITED STATES DISTRICT JUDGE