# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 24-3019** **September Term, 2026**

**1:23-cr-00343-ACR-1**

**Filed On: September 8, 2026** [2191922]

United States of America,

Appellee

v.

Charles Edward Littlejohn,

Appellant

**MANDATE**

In accordance with the judgment of July 17, 2026, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Daniel J. Reidy
Deputy Clerk

Link to the judgment filed July 17, 2026